JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG C. BARTO and GISELE M. BARTO, trustees of the Craig C. Barto and Gisele M. Barto Living Trust, Dated April 5, 1991; JERREL C. BARTO and JANICE D. BARTO, trustees of the Jerrel C. Barto and Janice D. Barto Living Trust, Dated March 18, 1991; W. SCOTT LOVEJOY, III, an individual; and MARK R. MILANO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALON USA ENERGY, INC., a Delaware corporation,<br><br>Defendant. | Case No. SACV 12-01747 JLS (RNBx)<br><br>Hon. Josephine L. Staton<br>Courtroom: 10-A<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

Upon review of the stipulation by and between Plaintiffs CRAIG C. BARTO and GISELE M. BARTO, trustees of the Craig C. Barto and Gisele M. Barto Living Trust, Dated April 5, 1991; JERREL C. BARTO and JANICE D. BARTO, trustees of the Jerrel C. Barto and Janice D. Barto Living Trust, Dated March 18, 1991; W. SCOTT LOVEJOY, III, an individual; and MARK R. MILANO, an individual

("Plaintiffs") and Defendant ALON USA ENERGY, INC., the Court hereby orders as follows:

That the Complaint in this matter filed by Plaintiffs is dismissed forthwith with prejudice in its entirety, with each side bearing their own fees and costs incurred in connection with the litigation.

**IT IS SO ORDERED.**

Dated:  October 6, 2015

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Court Judge